District Judge John H. Chun
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAJI FOFANA, *et al.*,<br><br>　　　　　　　　　　Petitioners,<br><br>　v.<br><br>BRUCE SCOTT, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 2:25-cv-01417-JHC-MLP<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>September 2, 2025 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay Plaintiffs' claim for a writ of mandamus until November 10, 2025. *See* Dkt. 1 ¶¶ 41-42, 51-60. In their Third and Fourth causes of action, Plaintiffs seek to compel the U.S. Citizenship and Immigration Services ("USCIS") to schedule interviews and then adjudicate the Defendants' I-130 petition and I-485 application pursuant to the Administrative Procedure Act and Declaratory Judgment Act. *See id*. For good cause, the parties request that the Court hold the Third and Fourth claims in this action in abeyance until November 10, 2025.[1]

---

[1] Separately, Defendants have filed a memorandum following this Court's Order, Dkt. 5.

STIPULATED MOTION
[Case No. 2:25-cv-01417-JHC-MLP] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, these claims may be resolved without the need of further judicial intervention. Interviews have been scheduled for September 9, 2025. Once the applications at issue are adjudicated, Plaintiff will voluntarily dismiss the Third and Fourth causes of action. Accordingly, the parties respectfully request that the instant action be stayed until November 10, 2025. The parties will submit a joint status report on or before November 10, 2025.

DATED this 2nd day of September, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney<br><br>*s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  katie.fairchild@usdoj.gov<br><br>*Attorneys for Federal Respondents* | LAW OFFICES OF CAROL L. EDWARDS<br>& ASSOCIATES, P.S.<br><br>*s/ Julia C. Hunter*<br><br>JULIA C. HUNTER, WSBA No. 56233<br>500 Denny Way<br>Seattle, WA 98109<br>Phone: 206-956-9556<br>Email: julia@seattle-immigration.com<br><br>*Attorney for Petitioners* |

I certify that this memorandum contains 268 words in compliance with the Local Rules.

STIPULATED MOTION
[Case No. 2:25-cv-01417-JHC-MLP] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until November 10, 2025. The parties shall submit a joint status report on or before November 10, 2025. It is so **ORDERED**.

DATED this 5th day of September, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION
[Case No. 2:25-cv-01417-JHC-MLP] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970