UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAJI FOFANA, *et al.*,

                Petitioners,

    v.

BRUCE SCOTT, *et al.*,

                Respondents.

Case No. C25-1417-JHC-MLP

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND CONTINUING DEADLINE TO FILE A RESPONSE TO RESPONDENTS' RETURN

      Petitioner Haji Fofana is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center in Tacoma, Washington. Mr. Fofana's wife, Fatoumatta Tunkara, is a co-Petitioner in this action. (*See* dkt. # 1.) On July 28, 2025, Petitioners filed, through counsel, a petition for writ of habeas corpus and for writ of mandamus, and a complaint for declaratory and injunctive relief. (*Id.*) The petition was served on Respondents on August 1, 2025, and Respondents filed a timely return to Mr. Fofana's petition for writ of habeas corpus on September 2, 2025.[1] (Dkt. ## 5, 8.) Respondents noted their return on the Court's calendar for consideration on September 30, 2025. (*See* dkt. # 8.) The parties also

---

[1] Ms. Tunkara is not confined and does not seek federal habeas relief in this action, she seeks only a writ of mandamus. (*See* dkt. # 1.)

ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL - 1

filed on September 2, 2025, a stipulated motion to stay Petitioners' writ of mandamus claim until November 10, 2025. (Dkt. # 12.) The Court granted that motion on September 5, 2025. (Dkt. # 13.)

As indicated above, Respondents' return to the pending petition for writ of habeas corpus was ripe for consideration as of September 30, 2025. Pursuant to the Court's Order for Service, Mr. Fofana was entitled to file a response to Respondents' return not later than September 23, 2025. (*See* dkt. # 5.) However, no response has yet been filed. On September 17, 2025, Petitioners' attorneys filed a motion to withdraw as counsel, which is also now ripe for consideration. (Dkt. # 14.) Based on the representations made by counsel in their motion to withdraw, the Court deems it appropriate to grant that motion without requiring disclosure of additional information. The Court also deems it appropriate, in light of counsels' withdrawal, to grant Mr. Fofana an opportunity to file a *pro se* response to Respondents' return should he desire to do so.

Accordingly, the Court hereby ORDERS as follows:

(1) The motion of attorneys Julia C. Hunter and Martha Muldowney to withdraw as counsel (dkt. # 14) is GRANTED.

(2) The deadline for Petitioner Haji Fofana to file a response to Respondents' return to his federal habeas petition is CONTINUED to **November 3, 2025**.

(3) Respondents' return (dkt. # 8) is RE-NOTED on the Court's calendar for consideration on **November 10, 2025**. Any reply by Respondents is due by that date.

(4) The Clerk shall send copies of this Order to Petitioners at the addresses provided by counsel in their praecipe (*see* dkt. # 15-1 at 1), to all counsel, and to the Honorable John H. Chun.

ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL - 2

DATED this 14th day of October, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL - 3