UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAJI FOFANA *et al.*, | |
| Petitioner/Plaintiffs, | Case No. C25-1417-JHC |
| v. | ORDER DISMISSING ACTION AS MOOT |
| BRUCE SCOTT *et al.*, | |
| Respondents/Defendants. | |

The Court, having reviewed Petitioner/Plaintiffs' petition for writ of habeas corpus and for writ of mandamus and complaint for declaratory and injunctive relief, the Government's submissions in response, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge (to which there is no timely objection), and the remaining record, hereby finds and ORDERS:

(1) Upon de novo review, The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED as moot.

(3) The Government's return (Dkt. # 8) is STRICKEN as moot.

//

//

ORDER DISMISSING ACTION
AS MOOT - 1

(4)     The Clerk is directed to send copies of this Order to Petitioner/Plaintiffs, to counsel for the Government, and to the Honorable Michelle L. Peterson.

DATED this 17th day of December, 2025.

JOHN H. CHUN
United States District Judge