# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAJI FOFANA *et al.*,<br><br>　　　　　　Petitioner/Plaintiffs,<br><br>　　v.<br><br>BRUCE SCOTT *et al.*,<br><br>　　　　　　Respondents/Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C25-1417-JHC |

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　　The Report and Recommendation is approved and adopted. This action is dismissed as moot.

　　　Dated this 17th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN_____
　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　/s/ Ashleigh Drecktrah_____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk